UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. **7:13-cv-13-D**

| | |
|---|---|
| Keita Eugena **PRICE**,<br>*Plaintiffs*<br><br>v.<br><br>**M.R.S. ASSOCIATES, INC.**, et al.,<br>*Defendants* | **ENTRY OF DEFAULT<br>AGAINST DEFENDANT<br>M.R.S. ASSOCIATES, INC.<br>PER FED.R.CIV.P. 55(a)** |

Defendant **M.R.S. Associates, Inc.** having failed to plead or otherwise defend within the time after service allowed by law, and Plaintiff having provided proof of service of process, and Plaintiff having moved for entry of default,

**DEFAULT** is hereby entered against Defendant **M.R.S. Associates, Inc.** per Fed.R.Civ.P. 55(a) in the above styled action.

This 27th day of February, 2013.

_____
Clerk of Court,
U.S. District Court for the
Eastern District of North Carolina