IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-13-D

| | | |
|---|---|---|
| KEITA EUGENA PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| M.R.S. ASSOCIATES, INC., and | ) | |
| and VITAL RECOVERY SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On April 2, 2013, defendant M.R.S. Associates, Inc., filed a motion to set aside entry of default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure. For good cause shown, the motion [D.E. 21] is GRANTED. Plaintiff's motion for default judgment [D.E. 11] is DENIED. M.R.S. Associates, Inc.'s motion for leave to file an answer [D.E. 19] is GRANTED. M.R.S. Associates, Inc., shall file its answer not later than May 31, 2013.

SO ORDERED. This 14 day of May 2013.

JAMES C. DEVER III
Chief United States District Judge