UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEITA EUGENA PRICE, | ) | |
|          Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:13-CV-13-D |
| | ) | |
| M.R.S. ASSOCIATES, INC., and VITAL | ) | |
| RECOVERY SERVICES, INC., | ) | |
|          Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby GRANTS MRS's motion for summary judgment on Price's federal-law claims and on one of Prices' state-law claims. The court declines to exercise supplemental jurisdiction over Price's state-law claim concerning N.C. Gen.Stat. § 58-70-115 and § 58-70 and REMANDS this claim to Bladen County Superior Court. The clerk shall close the case.

**This Judgment Filed and Entered on June 27, 2014, and Copies To:**

Christopher W. Livingston (via CM/ECF Electronic Notification)
Brooks Freeman Bossong (via CM/ECF Electronic Notification)
Thomas J. Ludlam (via CM/ECF Electronic Notification)
Cindy D. Salvo (via CM/ECF Electronic Notification)

DATE
June 27, 2014

**JULIE A. RICHARDS, CLERK**
/s/ Susan K. Edwards
(By) Susan K. Edwards, Deputy Clerk